UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14039-CANNON/MAYNARD
8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA,

v.

WILMAN ESPINOZA-ERAZO,

           **Defendant.**
_____/

## INFORMATION

The United States Attorney charges that:

On or about June 1, 2022, in Saint Lucie County, in the Southern District of Florida, the defendant,

**WILMAN ESPINOZA-ERAZO,**

an alien, having previously been removed from the United States on or about October 23, 2015, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

STACEY BERGSTROM
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

WILMAN ESPINOZA-ERAZO,
_____/
                Defendant.

CASE NO.: 22-14039-CR-CANNON/MAYNARD

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☑ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take 2 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

    (Check only one)
    - I ☑ 0 to 5 days
    - II ☐ 6 to 10 days
    - III ☐ 11 to 20 days
    - IV ☐ 21 to 60 days
    - V ☐ 61 days and over

    (Check only one)
    - ☐ Petty
    - ☐ Minor
    - ☐ Misdemeanor
    - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-mj-00062-SMM

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of 6/22/2022

10. Defendant(s) in state custody as of

11. Rule 20 from the _____ District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
STACEY BERGSTROM
Assistant United States Attorney
Court ID No.   A5502614

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14039-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA

v.

WILMAN ESPINOZA-ERAZO,
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
STACEY BERGSTROM
Assistant United States Attorney
Court ID No.   A5502614
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-293-0952
Email: Stacey.Bergstrom@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** WILMAN ESPINOZA-ERAZO

**Case No:** _____

Count #: 1

Previously Removed Alien Found in the United States, 8 U.S.C. § 1326(a)

* **Max. Term of Imprisonment:** 2 Years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 Years
* **Max. Fine:** $250,000 fine / $100 Special Assessment

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   22-14039-CR-CANNON/MAYNARD |
| WILMAN ESPINOZA-ERAZO, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.


Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Peter Birch, AFPD
*Printed name of defendant's attorney*

_____
*Judge's signature*

Shaniek M. Maynard, U.S. Magistrate Judge
*Judge's printed name and title*