UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14039-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**WILMAN ESPINOZA-ERAZO**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 23]. On August 10, 2022, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 19] during which Defendant pled guilty to the sole count of the Information [ECF No. 10] pursuant to a written stipulation of facts and acknowledgement of offense elements in support [ECF No. 20]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the Information [ECF No. 10]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 20] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Wilman Espinoza-Erazo as to the sole count of the Information is **ACCEPTED**.

CASE NO. 22-14039-CR-CANNON

3. Defendant Wilman Espinoza-Erazo is adjudicated guilty of the sole count of the Information, which charges him with illegal reentry in violation of 8 U.S.C. § 1326(a) [ECF No. 10].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 2nd day of September 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record